## EXHIBIT B

## U.S. D550,370

US00D550370S

| (12) | United States Design Patent | (10) Patent No.: | US D550,370 S |
|---|---|---|---|
| | Peters et al. | (45) Date of Patent: ** | Sep. 4, 2007 |

(54) **ANKLE BRACE SHELL**

(75) Inventors: **Rick Peters**, Indianapolis, IN (US); **Matt Haws**, Noblesville, IN (US); **Tony Parker**, Greenfield, IN (US)

(73) Assignee: **Ultra Athlete LLC**, Indianapolis, IN (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/244,221**

(22) Filed: **Dec. 7, 2005**

(51) **LOC (8) Cl.** ................................. **24-04**
(52) **U.S. Cl.** .................................. **D24/192**
(58) **Field of Classification Search** ....... D24/190–192; 602/16, 22–3, 26–9, 65, 5–6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,665,904 | A | * | 5/1987 | Lerman | 602/27 |
| 4,693,239 | A | * | 9/1987 | Clover, Jr. | 602/27 |
| 4,865,023 | A | * | 9/1989 | Craythorne et al. | 602/27 |
| RE33,395 | E | * | 10/1990 | Peters | 602/27 |
| 5,031,607 | A | * | 7/1991 | Peters | 602/27 |
| 5,069,202 | A | * | 12/1991 | Prock | 602/27 |
| D326,719 | S | * | 6/1992 | Eghamn | D24/192 |
| 5,209,722 | A | * | 5/1993 | Miklaus et al. | 602/27 |
| 5,445,603 | A | * | 8/1995 | Wilkerson | 602/27 |
| 5,797,865 | A | * | 8/1998 | McDavid, III | 602/27 |
| 6,409,695 | B1 | * | 6/2002 | Connelly | 602/27 |
| 6,602,215 | B1 | * | 8/2003 | Richie, Jr. | 602/27 |
| 6,689,081 | B2 | * | 2/2004 | Bowman | 602/27 |

* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Susan E Krakower
(74) *Attorney, Agent, or Firm*—Camoriano and Associate; Theresa Fritz Camoriano; Guillermo Camoriano

(57) **CLAIM**

The ornamental design for an ankle brace shell, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a right side view thereof;
FIG. **4** is a left side view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7