# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| ULTRA ATHLETE LLC, ) | |
| ) | |
| Plaintiff, ) | CASE No.: 4:17-cv-237-RLY-DML |
| ) | |
| v. ) | |
| ) | |
| JALMAR ARAUJO, ) | |
| JB SPORTS, LLC dba/ ) | JURY TRIAL DEMANDED |
| FLEXIBRACE, and ) | |
| JOHN DOE MANUFACTURER(S) ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF ULTRA ATHLETE, LLC'S
## FIRST SET OF REQUESTS FOR PRODUCTION OF
## <u>DOCUMENTS TO JALMAR C. ARAUJO</u>

Pursuant to Fed. R. Civ. P. 34, Plaintiff, Ultra Athlete, LLC ("UA"), through counsel, hereby requests that Defendant Jalmar Araujo ("Araujo"), respond to these First Set of Requests for Production of Documents ("First Document Requests") within 30 days of service hereof. For purposes of these Document Requests, UA incorporates by reference the Definitions set forth in its First Set of Interrogatories to Araujo.

### <u>INSTRUCTIONS</u>

1. In responding to these Document Requests, please furnish all information or documents, however obtained, that is within your knowledge, possession, or control (or your agents' or attorneys'), or which may be reasonably ascertained by you.

2. Please supplement the initial responses to these Document Requests in writing to counsel for UA after service of the responses if information is ascertained or acquired that falls within the scope of the Document Requests.

3. If you withhold any Document under a claim of privilege or other objection, please respond to the Document Request to the extent not subject to the claimed privilege or objection and provide the following information on Document that come within the claimed privilege or objection:

    (a)    the date the document was created;

    (b)    the identity of its author(s);

    (c)    the identity of the recipient(s) of the document or communication;

    (d)    the identify of each person present when the document or communication was prepared and received;

    (e)    the subject matter of the document; and

    (f)    the particular privilege(s) relied upon.

4. To the extent any responsive "documents" are contained in electronically stored information ("ESI"), such documents shall be produced in a mutually agreeable fashion that reasonably accommodates the party requesting and the party producing ESI.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** All documents and things relied upon or consulted in deciding whether to admit or deny any allegation in UA's First Set of Requests for Admissions or UA's First Amended Complaint for Patent Infringement in this action.

**RESPONSE:**

**REQUEST NO. 2:**  All documents that relate to the allegations in UA's First Amended Complaint for Patent infringement.

**RESPONSE:**

**REQUEST NO. 3:**  Produce all documents identified in your answers to the First Set of Interrogatories, all documents the identity of which was requested in such Interrogatories and/or were used to prepare responses to such Interrogatories, and all documents that refer or relate to the subject matter of the requests and/or responses to such Interrogatories and specifically including documents and things related to sales and margin data pertaining to the HSG product and to sales of products to persons ordering from Indiana and to products delivered in Indiana.

**RESPONSE:**

**REQUEST NO. 4:**  All documents and things referring or relating to Ultra Athlete, LLC, Ultra Ankle, ultraankle.com, McDavid, Rick Peters, the UA patents, HSG product manufacturers, HSG product design, specifically including all documents and things that refer or relate to any communications referring to any such persons or things.

**RESPONSE:**

**REQUEST NO. 5:**  All documents and things that support or refute each assertion in Defendants' Rule 12 Motions.

**RESPONSE:**

                                                      Respectfully submitted,
                                                     DUNCAN GALLOWAY EGAN GREENWALD, PLLC

Dated: April 27, 2018                    s/Kevin T. Duncan
                                                     **Kevin T. Duncan**
                                                     (kduncan@dgeglaw.com)
                                                     **DUNCAN GALLOWAY EGAN GREENWALD PLLC**
                                                     9750 Ormsby Station Road, Ste 210
                                                     Louisville, Kentucky 40223
                                                     Tel.: 502-614-6970
                                                     Fax: 502-614-6980

                                                     Attorneys for Plaintiff
                                                     **ULTRA ATHLETE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed and served electronically via ECF filing with the U.S. District Court for the Southern District of Indiana, New Albany Division, this 27th day of April, 2018, to the following:

>Paul B. Overhauser
>**OVERHAUSER LAW OFFICES LLC**
>740 W. Green Meadows Dr., Suite 300
>Greenfield, IN 46140-4019
>Phone: 317-467-9100
>poverhauser@overhauser.com

>April M. Jay
>**OVERHAUSER LAW OFFICES LLC**
>740 W. Green Meadows Dr., Suite 300
>Greenfield, IN 46140-4019
>Phone: 317-467-9100
>ajay@overhauser.com

>    s/Kevin T. Duncan
>
>**Kevin T. Duncan**
>(kduncan@dgeglaw.com)
>**DUNCAN GALLOWAY EGAN GREENWALD PLLC**
>9750 Ormsby Station Road, Ste 210
>Louisville, Kentucky 40223
>Tel.: 502-614-6970
>Fax: 502-614-6980
>
>Attorney for Plaintiff
>**ULTRA ATHLETE LLC**