UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ULTRA ATHLETE LLC, | ) |
|        Plaintiff, | ) |
|        v. | )   No. 4:17-cv-00237-RLY-DML |
| JALMAR ARAUJO, et al. | ) |
|        Defendants. | ) |

## Entry and Order from Initial Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on April 26, 2018, with the magistrate judge. The case management plans submitted in this case were not approved. The parties shall confer and, within 7 days, file a new proposed CMP that permits claim construction briefing earlier and separate from the briefing of any other summary judgment issues. However, the CMP must set dates certain, not conditioned on the date of the Markman ruling.

The motion for leave to amend (Dkt. 19) is GRANTED. The plaintiff must file its amended complaint with its exhibits within five business days. The motion to dismiss (Dkt. 16) is DENIED AS MOOT.

This case is set for a telephone status conference on **July 23, 2018, at 10:30 a.m. (Eastern Time)**, with Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Dated: May 1, 2018

                                                    Debra McVicker Lynch
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system