UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ULTRA ATHLETE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-cv-00237-RLY-DML |
| JALMAR ARAUJO, *et al.* | ) ) ) |
| Defendants. | ) ) |

## Order Striking Discovery Materials

The court reminds the parties that under Local Rule 26-2, discovery materials may not be filed with the court except if they are relevant to a request for relief from the court and in other limited circumstances. The plaintiff filed a notice of deposition, interrogatories, requests for admission, and requests for production of documents. The court STRIKES the discovery materials from the docket, at Dkts. 20, 21, 22, and 23. The parties should not make routine filings of discovery materials.

IT IS SO ORDERED.

Dated: May 1, 2018

*[signature]*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system